

**FILED**
AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8766 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Guadalupe LARA-Alvarado | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 23, 2008, within the Southern District of California, defendant Guadalupe LARA-Alvarado did knowingly and intentionally import approximately 43.84 kilograms (96.45 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, August 25, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

## MAGISTRATE JUDGE INFORMATION SHEET

**MAGISTRATE CASE NUMBER**

### PROBABLE CAUSE STATEMENT

I, Special Agent Lorena Mulvihill, declare under penalty of perjury, the following is true and correct:

On August 23, 2008, Guadalupe LARA-Alvarado entered the United States through the Calexico, California West Port of Entry. LARA was the driver, and registered owner of a white 2001 Chevrolet Silverado 1500 bearing Baja California, Mexico license plate BN20668. Customs and Border Protection Officers (CBPO) obtained a negative Customs declaration from LARA and noticed LARA displayed signs of nervousness, fidgeting and uneasiness in his seat. CBPO questioned LARA about his destination and LARA stated he was on his way to Wal-Mart to do some shopping. CBPO conducted a primary cursory inspection of the vehicle and tapped the gas tank noticing it sounded solid when tapped. CBPO escorted the vehicle and LARA to the vehicle secondary lot for further examination. On the way to the vehicle secondary lot, CBPO asked LARA if the vehicle was his. LARA stated the vehicle was registered in his name and that he had purchased the vehicle approximately one month ago at a Ejido (village) named "KM 43". Further examination of the vehicle revealed thirty-four (34) packages concealed within gas tank of the vehicle. One (1) package was probed and tested positive for marijuana. A total of 43.84 kilograms (96.45 pounds) of marijuana was discovered.

LARA was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. LARA acknowledged and waived his Miranda Rights. LARA stated he was on his way to Costco to purchase paper. LARA stated he loan his vehicle to an acquaintance of ten years, TOCA last name unknown the previous night at approximately 2000 hrs. That same night at approximately 0000 hours (midnight) TOCA returned his vehicle. LARA could not provide a name for TOCA. LARA stated TOCA sold him the vehicle approximately a month ago for $6500.00.

Executed on August 24, 2008 at 0800 hrs.

_____
Special Agent Lorena Mulvihill

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on August 23, 2008 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____        8-24-08 @ 11:50 a.m.
United States Magistrate Judge          Date/Time